IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JANE DOE | ) |
| | ) Case No. 3:24-cv-00745 |
| v. | ) Judge Crenshaw |
| | ) Magistrate Judge Holmes |
| JAMAL ALHAKARI *et al.* | ) |

**O R D E R**

Despite summons having been issued some eight weeks ago in this case (Docket No. 12), Plaintiff has not filed any return of service indicating whether any Defendants have been served with process. *See* Fed. R. Civ. P. 4(l)(i). Unless all Defendants have already been served with process, there is insufficient time now for Defendants to be served and respond before the initial case management conference, which is presently set for September 17, 2024. (Docket No. 5.)

Plaintiff must, by no later than **August 30, 2024**, file either (i) returns of service in compliance with Fed. R. Civ. P. 4(l) or, (ii) if Defendants have not yet been served, a motion to reschedule the initial case management conference, which must also recite the status of service of process. If Defendants have been properly served and the time for response has expired, Plaintiff must also promptly initiate and pursue default proceedings.

Plaintiff is **CAUTIONED** that failure to comply with the directives in this Order may result in any of the remedies authorized by Fed. R. Civ. P. 16(f).

Plaintiff's motion for a protective order to proceed under pseudonym (Docket No. 6) shall remain under advisement pending service of process and opportunity for response by Defendants.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge