IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JANE DOE | ) |
| | ) Case No. 3:24-cv-00745 |
| v. | ) Judge Crenshaw |
| | ) Magistrate Judge Holmes |
| JAMAL ALHAKARI *et al.* | ) |

**O R D E R**

Shortly after the commencement of this case, and before service of process on any Defendant, Plaintiff filed a motion to proceed under a pseudonym. (Docket No. 6.) That motion has remained under advisement pending service of process on Defendants. Defendants Burton Transit, LLC, Nelson Burton, Jr. and Ashley Burton (the "Burton Defendants") have now been served with process and filed answers. (Docket Nos. 20 and 24.)[1]

By no later than **January 21, 2025**, the Burton Defendants must file any response in opposition to Plaintiff's motion to proceed pseudonymously (Docket No. 6), which must otherwise comply with Local Rule 7.01(a)(3). Plaintiff **may file an optional reply** in accordance with Local Rule 7.01(a)(4).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] By separate order, Plaintiff is ordered to show cause why Defendant Jamal Alhakari should not be dismissed from this case without prejudice pursuant to Fed. R. Civ. P. 4(m).