IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JANE DOE ) | |
| ) | Case No. 3:24-cv-00745 |
| v. ) | Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| JAMAL ALHAKARI *et al.* ) | |

## ORDER TO SHOW CAUSE

In her complaint filed on June 18, 2024, Plaintiff alleges various tort claims against all Defendants. Upon Plaintiff's motion for alternative service or to extend the time for service of process under Fed. R. Civ. P. 4(m)[1] (Docket No. 14), the Court extended the time for Plaintiff to serve all Defendants with process, including Defendant Jamal Alhakari, to December 16, 2024. (Docket No. 16.)[2] Plaintiff has failed to provide any proof, as required by Rule 4(l) and the Court's order (*id.* at 3), that she served Defendant Alhakari with process by this extended deadline.

Accordingly, Plaintiff must, **by no later than January 21, 2025**, show cause why Defendant Alhakari should not be dismissed from this case without prejudice, as required by Rule 4(m).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Unless otherwise noted, all references to rules are to the Federal Rules of Civil Procedure.

[2] Although Plaintiff's motion for relief under Rule 4(m) did not mention her attempts to serve Defendant Alhakari, the Court nevertheless extended the deadline for Plaintiff to serve all five Defendants, including Defendant Alhakari.