IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JANE DOE ) | |
| ) | Case No. 3:24-cv-00745 |
| v. ) | Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| JAMAL ALHAKARI *et al.* ) | |

**O R D E R**

Plaintiff has filed two certificates of service, one regarding her interrogatories and requests for production and another regarding her initial disclosures under Rule 26(a)(1). (Docket Nos. 27, 29.) However, as directed by Rule 5(d)(1)(A) of the Federal Rules of Civil Procedure, "disclosures under Rule 26(a)(1) and … discovery requests," which include interrogatories and requests for documents, must not be filed until they are used in the proceeding or the court orders filing. *See also* Fed. R. Civ. P. 5(d)(1)(A); *see also* Advisory Committee Notes to 2000 amendments. Further, Rule 5(d)(1)(B)(ii) instructs that certificates of service should not be filed if the paper itself is not filed unless the Court orders filing. Plaintiff's recent filings of certificates of service regarding her initial disclosures, interrogatories, and requests for production do not comport with Rule 5(d)(1) and unnecessarily congest the docket. The Clerk is therefore **DIRECTED** to strike Docket Nos. 27 and 29 from the docket.

**No further discovery notices shall be filed by any party in this case without a proper purpose**, such as in connection with a summary judgment motion, a permitted discovery motion, or order of the Court. The Court will strike any additional improper discovery filings and will consider other appropriate relief.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge