UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   NO. 3:24-cv-00745 |
| | ) |
| JAMAL ALHAKARI, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

The Plaintiff has filed a Dismissal Without Prejudice (Doc. No. 32) in regard to defendant Jamal Alhakari. Accordingly, this action is **DISMISSED** against Jamal Alhakari. Claims against the remaining defendants are still pending.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE