IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JANE DOE ) | |
| ) | Case No. 3:24-cv-00745 |
| v. ) | Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| BURTON TRANSIT NASHVILLE, LLC et al. ) | |

**O R D E R**

The initial case management conference set for January 23, 2025 commenced with the following participating counsel: Brett Simon for Plaintiff and Matthew Evans for Defendants Burton Transit Nashville, LLC, Burton Transit, LLC, Nelson Burton, Jr. and Ashley Burton (the "Burton Defendants"). Because counsel of record for Burton Defendants have moved to withdraw and substitute counsel will appear on behalf of Burton Defendants, the initial case management conference is **RESCHEDULED for February 25, 2025, at 2:00 p.m. (CST)**[1] using the Court's conference line at 1-855-244-8681, access code 2300 984 3452#. Prior to the rescheduled initial case management conference, counsel must jointly prepare a revised proposed initial case management order, which must be filed by no later than **two (2) business days** before the rescheduled initial case management conference and Word formatted copy of which must be emailed to Courtroom Deputy Megan Cobos and the email address in n.1. Counsel must use the form initial case management order found on the Court's website under the link to Magistrate Judge Holmes with designated provisions for Judge Crenshaw's cases.

---

[1] If this date and time present an unresolvable conflict for counsel, they must promptly contact Courtroom Deputy Megan Cobos, at Megan_Cobos@tnmd.uscourts.gov, to obtain another mutually agreeable date and time available on the Court's calendar and then move to reschedule.

The parties must proceed with exchange of initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), which must include copies (not descriptions) of responsive documents, and which must be completed prior to the rescheduled initial case management conference.

The stay of discovery imposed by Fed. R. Civ. P. 26(d)(1) shall remain in effect, subject to the parties' agreement to modify or lift the stay or any party moving to modify or lift the stay.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge