IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JANE DOE ) | |
| ) | Case No. 3:24-cv-00745 |
| v. ) | Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| BURTON TRANSIT NASHVILLE, LLC *et al.* ) | |

**O R D E R**

Pending before the Court is Plaintiff's motion for leave to file first amended complaint (Docket No. 46), which is represented to be unopposed and is therefore **GRANTED**. The Clerk is **DIRECTED** to separately file and docket the first amended complaint currently found at Docket No. 46-1. Once filed, the first amended complaint is the legally operative complaint. *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000). Defendants must answer or otherwise respond to the first amended complaint as directed by Fed. R. Civ. P. 15(a)(3).

Further, the Clerk is **DIRECTED** to change the name of the case on the electronic case docket to *Doe v. Burton Transit Nashville, LLC et al.*

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge