UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:24-cv-00745 |
| | ) |
| BURTON TRANSIT NASHVILLE, LLC, et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion to Lift the Stay. (Doc. No. 57). Defendants shall file a response by **November 25, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE