> Motion (60) is **GRANTED** based upon the record before the Court.
>
> *Waverly D. Crenshaw, Jr.*
> US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:24-cv-00745 |
| ) | Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| BURTON TRANSIT NASHVILLE, ) | |
| LLC, BURTON TRANSIT, LLC, ) | JURY TRIAL DEMANDED |
| NELSON BURTON, Jr., and ASHLEY ) | |
| BURTON ) | |
| ) | |
| Defendants. ) | |

## MOTION TO LIFT THE STAY

With the declaratory judgment filed by Defendants' insurer having been dismissed, Plaintiff hereby requests the Court lift the stay imposed on June 20, 2025. In support of her Motion, Plaintiff states as follows:

1. This is a personal injury action wherein Plaintiff alleges she was sexually assaulted by a rideshare driver. Plaintiff understands that criminal charges were filed against the driver, Jamal Alhakari, who subsequently absconded from the state.

2. Plaintiff alleges, among other things, that Alhakari was employed by Defendants at the time of the assault.

3. Defendants' insurance carrier filed a declaratory judgment action in the Eastern District of Louisiana on April 29, 2025, prompting Plaintiff to file an unopposed motion to stay proceedings pending resolution of the declaratory judgment action [Doc. No. 53].

4. The motion was granted and the case was stayed on June 20, 2025 [Doc. No. 56].