UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:24-cv-00745 |
| | ) |
| BURTON TRANSIT NASHVILLE, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties shall file a status report by **January 12, 2026.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE