IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JANE DOE, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:24-cv-00745 |
| ) | Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| BURTON TRANSIT NASHVILLE, ) | |
| LLC, BURTON TRANSIT, LLC, ) | JURY TRIAL DEMANDED |
| NELSON BURTON, Jr., and ASHLEY ) | |
| BURTON ) | |
| ) | |
|     Defendants. ) | |

## PLAINTIFF'S MOTION TO FILE UNDER SEAL

Pursuant to this Court's Order Granting Plaintiff's Motion for Protective Order to File Under Pseudonym [Doc. No. 39], Plaintiff requests this Court permit her to file an exhibit to her contemporaneously-filed Motion for Summary Judgment under seal, as it contains her name or other identifying information.

At the inception of this case, Plaintiff sought leave of court to permit her to proceed under the pseudonym of Jane Doe [Doc. No. 6]. This motion was granted on February 2, 2025, subject to the caveat that she "file under seal . . . unredacted copies of any documents filed under seal or with redactions." [Doc. No. 39, p. 5].

Consistent with this Order, the statement of facts required by Local Rule 56.01 accompanying her Motion for Partial Summary Judgment includes as Exhibit A an affidavit signed by Plaintiff. The version filed on the public docket titles the exhibit as "Affidavit of Jane Doe," refers to her only as "Jane Doe," and has the signature block redacted.

1

As required by the Order, Plaintiff now seeks leave to file a version of the affidavit that contains her full name and unredacted signature. She requests that this version be sealed and not available for viewing or download by the general public.

WHEREFORE, Plaintiff respectfully requests the Court grant her Motion to File Under Seal and permit her affidavit containing her full name and signature to be sealed.

Respectfully submitted,

**LANGDON AND EMISON, LLC**

**By:** _____
Brett Emison, *Admitted via Pro Hac*
Brett Simon, *Admitted via Pro Hac*
Maggie Langdon, *Admitted via Pro Hac*
LANGDON & EMISON, LLC
911 Main Street
P. O. Box 220
Lexington, Missouri 64067
Telephone: (660) 259-6175
Facsimile: (660) 259-4571
brett@lelaw.com
bsimon@lelaw.com
maggie@lelaw.com

and

**HUGHES & COLEMAN, PLLC**
Evan C. Vineyard, TN Bar No. 036971
Jonaka White Hall, TN Bar No. 027275
446 James Robertson Parkway, Suite 100
Nashville, Tennessee 37219
Phone: (615) 557-1120
Fax: (866) 782-8820
EVineyard@HughesandColeman.com
Jwhite-hall@HughesandColeman.com

*Attorneys For Plaintiffs*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on January 5, 2026, a copy of the foregoing was served via the Court's electronic filing system upon the following:

Steven D. Parman, No. 011091
Samuel P. Helmbrecht, No. 023683
WATKINS & MCNEILLY, PLLC
214 Second Avenue North, Suite 300
Nashville, Tennessee 37201-1638
(615) 255-2191
steve@watkinsmcneilly.com
sam@watkinsmcneilly.com

***Attorneys for Defendants Burton Transit Nashville, LLC, Burton Transit, LLC, Nelson Burton, Jr. and Ashley Burton***