UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    NO. 3:24-cv-00745 |
| | ) |
| BURTON TRANSIT NASHVILLE, LLC, et al., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

On January 6, 2026, Plaintiff filed a Motion for Partial Summary Judgment (Doc. No. 69), along with an accompanying Memorandum (Doc. No. 70) and Statement of Facts (Doc. No. 71). Pursuant to the Initial Case Management Order, "[n]o motion for partial summary judgment shall be filed except upon leave of court. Any party wishing to file such a motion must first file a separate motion that gives the justification for filing a partial summary judgment motion in terms of overall economy of time and expense for the parties, counsel and the Court." (Doc. No. 44 at 6); see also Judge Waverly D. Crenshaw, Jr., *Judicial Preferences*, UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF TENNESSEE (June 19, 2025), https://www.tnmd.uscourts.gov/sites/tnmd/files/Judicial%20Preferences%2020250619.pdf.

Therefore, Plaintiff's Motion for Partial Summary Judgment (Doc. No. 69) is **DENIED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

                                                                     _____
                                                                      WAVERLY D. CRENSHAW, JR
                                                                      UNITED STATES DISTRICT JUDGE