Motion (76) is **DENIED WITHOUT PREJUDICE.**

*Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JANE DOE,<br>    Plaintiff,<br><br>vs.<br><br>BURTON TRANSIT NASHVILLE, LLC, BURTON TRANSIT, LLC, NELSON BURTON, Jr., and ASHLEY BURTON<br><br>    Defendants. | Case No. 3:24-cv-00745<br>Judge Crenshaw<br>Magistrate Judge Holmes<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE HER MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to this Court's Initial Case Management Order [Doc. No. 44], Plaintiff requests leave of court to file a Motion for Partial Summary Judgment on Count V of her First Amended Complaint.

Count V of Plaintiff's First Amended Complaint states a claim for negligence per se against Defendants. It alleges that Defendants violated various provisions of the Nashville Metro Code related to passenger vehicles for hire. In particular, it alleges that Defendants violated § 6.74.100 requiring drivers of a passenger vehicle for hire to have a driver's permit issued by the Metropolitan Transportation Licensing Commission, and that Alhakari would have been disqualified from obtaining such a permit even if he had applied for one due to his prior conviction for a domestic violence offence.

Public records conclusively establish that Alhakari did not possess a valid permit to operate a passenger vehicle for hire and that he had plead guilty to aggravated harassment—a domestic

1