**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **JANE DOE** | ) | |
| | ) | **Case No. 3:24-cv-00745** |
| **v.** | ) | **Judge Crenshaw** |
| | ) | **Magistrate Judge Holmes** |
| **BURTON TRANSIT NASHVILLE, LLC** *et al.* | ) | |

### O R D E R

On April 10, 2026, the mediator filed a report of mediation (Docket No. 89), which indicates the parties are continuing mediation efforts to resolve this case. Accordingly, a supplemental report of mediation must be filed in accordance with Local Rule 16.05(b), specifically within **two (2) business days** from conclusion of the mediation, by either the mediator or the parties (who shall advise the mediator of this order).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge