**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-cv-00745 |
| | ) |
| BURTON TRANSIT NASHVILLE, LLC | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | |

## <u>ORDER</u>

Pursuant to the Mediation Report filed on April 23, 2026 (Doc. No. 98), the parties shall

file a notice, stipulation, or proposed order of dismissal on or before May 22, 2026.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE