**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **JANE DOE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )    **No. 3:24-cv-00745** |
| | ) |
| **BURTON TRANSIT NASHVILLE, LLC** | ) |
| *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Pursuant to the Joint Stipulation of Dismissal (Doc. No. 100) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED WITH PREJUDICE**. The Clerk shall close the file.  Any pending motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE